Commonwealth ex rel. Hatton, Appellant, *v.* Hatton.

Before REED, JR., J. 

Argued June 11, 1974. *I. B. Sinclair,* for appellant; *James N. Robertson,* with him *Robertson & Green,* for appellee.

Order affirmed.

JACOBS, J., absent.

Karasinski *v.* Rosenberger, Appellant.

Submitted June 18, 1974. *Barry J. Goldstein* and *Malcolm H. Waldron, Jr.,* for appellant; *Martin J. Heiligman,* and *McAllister and Reif,* for appellee.

Order affirmed.

Management Recruiters of Lehigh Valley, Inc., Appellant, *v.* Thorpe Weaving, Inc.

Submitted June 10, 1974. *Paul C. Hensel,* and *Maloney, Danyi, Goodman & Hensel,* for appellant; *Murray Mackson,* and *Mackson, Hauff, Hettinger & Thompson,* for appellee.

Judgment affirmed.